IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KEVIN BACHHUBER,

        Plaintiff,

v.                                 Case No.: 25-cv-651

VENTURE DEBT.LLC,

        Defendant.

---

## ENTRY OF DEFAULT

---

The Clerk of Court for the United States District Court for the Western District of Wisconsin, having noted that the Defendant in the above-captioned matter, Venture Debt.LLC, has failed to appear or otherwise defend as provided under the Federal Rules of Civil Procedure and that fact has been made to appear by motion of the attorney for the Plaintiff;

The Clerk hereby enters the default of Defendant Venture Debt.LLC pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 18th day of September, 2025.

                                      s/L. Kamke, Deputy Clerk
                                      JOEL TURNER
                                      Clerk of Court
                                      United States District Court
                                      Western District of Wisconsin