AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin ▾

| | | |
|---|---|---|
| KEVIN BACHHUBER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:25-cv-00651 |
| VENTURE DEBT LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Venture Debt LLC                                                                                .

Date:     10/06/2025

/s/ Anna-Katrina S. Christakis
*Attorney's signature*

Anna-Katrina S. Christakis WI Bar No. 1023871
*Printed name and bar number*

Pilgrim Christakis LLP
One South Dearborn, Ste. 1420
Chicago, IL 60603
*Address*

kchristakis@pilgrimchristakis.com
*E-mail address*

(312) 939-0920
*Telephone number*

(312) 939-0983
*FAX number*