UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KEVIN BACHHUBER,<br>*on behalf of himself and*<br>*others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>VENTURE DEBT LLC,<br><br>    Defendant. | Civil Action No.: 3:25-cv-00651<br><br>Jury Trial Demanded |

**DECLARATION OF MICHELLE F. CATAPANG IN SUPPORT OF DEFENDANT VENTURE DEBT LLC'S MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT**

I, Michelle F. Catapang, declare as follows:

1. I am an Associate at Womble Bond Dickinson (US) LLP, counsel of record for Defendant Venture Debt LLC ("Venture") in this matter.

2. I make this declaration in support of Venture's Motion to Set Aside Clerk's Entry of Default. I have personal knowledge of the matter stated herein, and if called as a witness, I could and would testify truthfully and competently to this matter.

3. On or about September 16, 2025, Venture's Chief Executive Officer David Rubin contacted our law firm to represent Venture in the above-referenced case and provided us with a copy of the Complaint.

4. On September 19, 2025, my colleague Tomio Narita sent an email to Plaintiff's counsel Anthony Paronich informing him that our law firm will represent Venture in the litigation. Mr. Narita indicated that it was Venture's "belief they have not been served," and

inquired about the status of service of the Complaint. Mr. Narita also asked Mr. Paronich if the parties could discuss a mutually-agreeable deadline for Venture to respond to the Complaint.

5. On the same day, Mr. Paronich responded stating Plaintiff "got a default yesterday." This was the first time our law firm learned about the default and about the attempted service of the Summons and Complaint on Venture on August 18, 2025, as indicated in the Affidavit of Service filed by Plaintiff.

6. In his September 19th email, Mr. Paronich stated that if Venture filed a motion to set aside the default that same day (i.e. September 19th), and agreed to a responsive pleading deadline of "14 days from today" (i.e. October 3, 2025), Plaintiff would not oppose the motion.

7. On September 25, 2025, I emailed Mr. Paronich and advised him that our law firm had "just finalized our engagement with our client" and requested until October 16, 2025 to respond to the Complaint. I explained to Mr. Paronich that Venture "was under the impression that the Complaint and Summons had not been served" and that its failure to appear in the case prior to entry of default was "inadvertent." In an attempt to avoid motion practice, I then asked Mr. Paronich whether Plaintiff would stipulate to setting aside the default and to a response deadline of October 16th.

8. On September 29, 2025, Mr. Paronich indicated Plaintiff's refusal to enter into the proposed stipulation by stating, "We will review a motion and respond." After it became clear that Plaintiff would not stipulate to setting aside the default, our firm immediately proceeded to prepare and file the present motion.

9. Attached as **Exhibit A** is a true and correct copy of our firm's email exchange with Plaintiff's counsel between September 19 and 29, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 6th of October, 2025.

/s/ Michelle F. Catapang
Michelle F. Catapang

Michelle F. Catapang *(Pro Hac Vice* Forthcoming)
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Ste. 2750
San Francisco, CA 94111
(415) 433-1900
Michelle.Catapang@wbd-us.com

WBD (US) 4938-0394-9935

# EXHIBIT A

| | |
|---|---|
| **From:** | Anthony Paronich <anthony@paronichlaw.com> |
| **Sent:** | Monday, September 29, 2025 12:12 PM |
| **To:** | Catapang, Michelle |
| **Cc:** | Narita, Tomio; Katrina Christakis; Stern, Marty |
| **Subject:** | Re: Bachhuber v Venture_Debt.LLC, WD Wisc case no. 3:25-cv-00651 |

External (anthony@paronichlaw.com)

Report This Email  FAQ

We will review a motion and respond.
----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Mon, Sep 29, 2025 at 12:03 PM Catapang, Michelle <Michelle.Catapang@wbd-us.com> wrote:

> Anthony,
>
> We'd like to get the default set aside ASAP. Please let us know by 5 pm PT today whether Plaintiff will stipulate to the below.
>
> Best,
>
> Michelle

1

**From:** Catapang, Michelle
**Sent:** Thursday, September 25, 2025 1:34 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Cc:** Narita, Tomio <Tomio.Narita@wbd-us.com>; Katrina Christakis <kchristakis@pilgrimchristakis.com>; Stern, Marty <Marty.Stern@wbd-us.com>
**Subject:** RE: Bachhuber v Venture_Debt.LLC, WD Wisc case no. 3:25-cv-00651

Anthony,

Since we just finalized our engagement with our client, we would like to request until 10/16/25 (three weeks from today) to respond to the Complaint. As Tomio indicated in his prior email to you, Venture was under the impression that the Complaint and Summons had not been served. In fact, our office reached out to you inquire about service and to try to work out a response date. Venture's failure to timely respond was inadvertent and it was diligent in trying to set aside the default. We're confident the court would grant a Rule 55(c) motion given the liberal standard under the rule. That said, we hope the parties can avoid motion practice and simply stipulate to set aside the default and allow Venture until 10/16/25 to file a response. Let us know if Plaintiff will agree.

Michelle

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Monday, September 22, 2025 11:29 AM
**To:** Catapang, Michelle <Michelle.Catapang@wbd-us.com>
**Cc:** Narita, Tomio <Tomio.Narita@wbd-us.com>; Katrina Christakis <kchristakis@pilgrimchristakis.com>; Stern, Marty <Marty.Stern@wbd-us.com>
**Subject:** Re: Bachhuber v Venture_Debt.LLC, WD Wisc case no. 3:25-cv-00651

> External (anthony@paronichlaw.com)
>
> Report This Email   FAQ

We would not object if the responsive pleading is 7 days from this Friday.

----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Mon, Sep 22, 2025 at 2:19 PM Catapang, Michelle <Michelle.Catapang@wbd-us.com> wrote:

> Hi Anthony,
>
> We are still in the process of finalizing our engagement with our client. We should be able to file a motion to set aside the default by this Friday. Kindly confirm Plaintiff will not oppose the motion and that Plaintiff will agree to a response deadline of 14 days from Friday.
>
> Michelle Catapang

3

**Michelle Catapang**
Associate
Womble Bond Dickinson (US) LLP

**d:** 415-765-6244
**e:** Michelle.Catapang@wbd-us.com

50 California Street
Suite 2750
San Francisco, CA 94111



**womblebonddickinson.com**

  

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Friday, September 19, 2025 9:10 AM
**To:** Narita, Tomio <Tomio.Narita@wbd-us.com>
**Cc:** Catapang, Michelle <Michelle.Catapang@wbd-us.com>; Katrina Christakis <kchristakis@pilgrimchristakis.com>; Stern, Marty <Marty.Stern@wbd-us.com>; Narita, Tomio <Tomio.Narita@wbd-us.com>
**Subject:** Re: Bachhuber v Venture_Debt.LLC, WD Wisc case no. 3:25-cv-00651

Hey, Tomio. The summons returning is on the docket and we got a default yesterday, if you want to file a motion to date date today, you can represent it as under proposed and set a responsive pleading deadline for 14 days from today.

> On Sep 19, 2025, at 11:47 AM, Narita, Tomio <Tomio.Narita@wbd-us.com> wrote:
>
> Anthony, I hope you are well.

The defendant has asked us to represent it in this matter. It is their belief they have not been served. Would you mind telling me what you understanding is of the service issue?

In any event, I'd like to arrange with you for an agreed response date.

I'm looking forward to working with you on this one.

Tomio

**Tomio Narita**
Partner
Womble Bond Dickinson (US) LLP

**d:** 415-765-6274
**m:** 415-519-6093
**e:** Tomio.Narita@wbd-us.com

50 California Street
Suite 2750
San Francisco, CA 94111

**womblebonddickinson.com**

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.