UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| KEVIN BACHHUBER, *on behalf of himself and others similarly situated*, | ) ) ) ) | Civil Action No.: 3:25-cv-00651 |
| Plaintiff, | ) ) ) | Jury Trial Demanded |
| v. | ) ) | |
| VENTURE DEBT LLC, | ) ) | |
| Defendant. | ) | |

**DECLARATION OF BRIAN STULMAN IN SUPPORT OF DEFENDANT VENTURE DEBT LLC'S MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT**

I, Brian Stulman, declare as follows:

1. I am the President of Venture Debt, LLC, the Defendant in the above-referenced action. I make this declaration in support of Venture's Motion to Set Aside Clerk's Entry of Default. I have personal knowledge of the matter stated herein, and if called as a witness, I could and would testify truthfully and competently to this matter.

2. On or about September 16, 2025, I contacted the law firm Womble Bond Dickinson (US) LLP to represent Venture in the above-referenced lawsuit. I provided them with a copy of the Complaint and indicated our company's belief that no attempt at service had been made.

3. On September 19, 2025, our attorney advised us that a default had been entered in the case against Venture a day earlier. Our attorney advised that the default appeared to be based

WBD (US) 4931-1445-3615

on the delivery of the Summons and Complaint on an individual named Marcus Tarbet on August 18, 2025. This was the first time that our company's management learned about the attempted service of the Complaint on Mr. Tarbet. Prior to September 19, 2025, our company was under the impression that no service attempt had been made.

     4.     Mr. Tarbet is not an employee of Venture nor is he authorized to accept service of process on Venture's behalf.

     5.     Venture did not acknowledge receipt of the Complaint to Plaintiff prior to September 19, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 6th of October, 2025.

                                             /s/ Brian Stulman
                                             Brian Stulman