# EXHIBIT A

**From:**              Anthony Paronich <anthony@paronichlaw.com>
**Sent:**              Monday, September 29, 2025 12:12 PM
**To:**                Catapang, Michelle
**Cc:**                Narita, Tomio; Katrina Christakis; Stern, Marty
**Subject:**           Re: Bachhuber v Venture_Debt.LLC, WD Wisc case no. 3:25-cv-00651

External (anthony@paronichlaw.com)

<u>Report This Email</u>  <u>FAQ</u>

We will review a motion and respond.
----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the
intended recipient(s), or the employee or agent responsible for delivery of this message to the intended
recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail
message is strictly prohibited. If you have received this message in error, please immediately notify the
sender and delete this e-mail message from your computer.


On Mon, Sep 29, 2025 at 12:03 PM Catapang, Michelle <<u>Michelle.Catapang@wbd-us.com</u>> wrote:

> Anthony,
>
>
> We'd like to get the default set aside ASAP. Please let us know by 5 pm PT today whether Plaintiff will stipulate to the
> below.
>
>
> Best,
>
> Michelle

1

**From:** Catapang, Michelle
**Sent:** Thursday, September 25, 2025 1:34 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Cc:** Narita, Tomio <Tomio.Narita@wbd-us.com>; Katrina Christakis <kchristakis@pilgrimchristakis.com>; Stern, Marty <Marty.Stern@wbd-us.com>
**Subject:** RE: Bachhuber v Venture_Debt.LLC, WD Wisc case no. 3:25-cv-00651


Anthony,


Since we just finalized our engagement with our client, we would like to request until 10/16/25 (three weeks from today) to respond to the Complaint. As Tomio indicated in his prior email to you, Venture was under the impression that the Complaint and Summons had not been served. In fact, our office reached out to you inquire about service and to try to work out a response date. Venture's failure to timely respond was inadvertent and it was diligent in trying to set aside the default. We're confident the court would grant a Rule 55(c) motion given the liberal standard under the rule. That said, we hope the parties can avoid motion practice and simply stipulate to set aside the default and allow Venture until 10/16/25 to file a response. Let us know if Plaintiff will agree.


Michelle


**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Monday, September 22, 2025 11:29 AM
**To:** Catapang, Michelle <Michelle.Catapang@wbd-us.com>
**Cc:** Narita, Tomio <Tomio.Narita@wbd-us.com>; Katrina Christakis <kchristakis@pilgrimchristakis.com>; Stern, Marty <Marty.Stern@wbd-us.com>
**Subject:** Re: Bachhuber v Venture_Debt.LLC, WD Wisc case no. 3:25-cv-00651


External (anthony@paronichlaw.com)

Report This Email  FAQ


We would not object if the responsive pleading is 7 days from this Friday.

----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Mon, Sep 22, 2025 at 2:19 PM Catapang, Michelle <Michelle.Catapang@wbd-us.com> wrote:

Hi Anthony,

We are still in the process of finalizing our engagement with our client. We should be able to file a motion to set aside the default by this Friday. Kindly confirm Plaintiff will not oppose the motion and that Plaintiff will agree to a response deadline of 14 days from Friday.

Michelle Catapang

**Michelle Catapang**
Associate
Womble Bond Dickinson (US) LLP

**d:** 415-765-6244                              50 California Street
**e:** Michelle.Catapang@wbd-us.com             Suite 2750
                                                 San Francisco, CA 94111



womblebonddickinson.com



This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Friday, September 19, 2025 9:10 AM
**To:** Narita, Tomio <Tomio.Narita@wbd-us.com>
**Cc:** Catapang, Michelle <Michelle.Catapang@wbd-us.com>; Katrina Christakis <kchristakis@pilgrimchristakis.com>; Stern, Marty <Marty.Stern@wbd-us.com>; Narita, Tomio <Tomio.Narita@wbd-us.com>
**Subject:** Re: Bachhuber v Venture_Debt.LLC, WD Wisc case no. 3:25-cv-00651

Hey, Tomio. The summons returning is on the docket and we got a default yesterday, if you want to file a motion to date date today, you can represent it as under proposed and set a responsive pleading deadline for 14 days from today.

On Sep 19, 2025, at 11:47 AM, Narita, Tomio <Tomio.Narita@wbd-us.com> wrote:

Anthony, I hope you are well.

The defendant has asked us to represent it in this matter. It is their belief they have not been served. Would you mind telling me what you understanding is of the service issue?

In any event, I'd like to arrange with you for an agreed response date.

I'm looking forward to working with you on this one.

Tomio

**Tomio Narita**
Partner
Womble Bond Dickinson (US) LLP

**d:** 415-765-6274                    50 California Street
**m:** 415-519-6093                    Suite 2750
**e:** Tomio.Narita@wbd-us.com         San Francisco, CA 94111

                                        **womblebonddickinson.com**

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.