UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **KEVIN BACHHUBER,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**VENTURE DEBT.LLC,**<br><br>*Defendant.* | Case No. 25-cv-651 |

**DECLARATION OF ANTHONY I. PARONICH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO SET ASIDE DEFAULT**

I, Anthony I. Paronich, declare as follows:

1. I am counsel for Plaintiff in this action. I submit this declaration in support of Plaintiff's opposition to Defendant Venture Debt LLC's motion to set aside the Clerk's entry of default.

2. On August 29, 2025, I corresponded with defense counsel Michael Ershowsky regarding responsive pleadings. He stated that Defendant would need time to retain Wisconsin counsel.

3. On September 9, 2025, I reminded Mr. Ershowsky that a responsive pleading was overdue and asked whether an extension motion would be filed. He responded that he had not yet secured local counsel but was considering seeking admission himself.

4. On September 10, 2025, Mr. Ershowsky informed me that he had submitted his admission application and expected to be admitted shortly and to file an answer.

5. On the morning of September 18, 2025, I again inquired about the overdue response. Mr. Ershowsky stated that he would file an answer that same day.

1

6.  Later that morning, Mr. Ershowsky stated that while he had been admitted, he had been instructed by Defendant not to appear because Defendant was seeking to retain different counsel.

7.  On the afternoon of September 18, 2025, Plaintiff moved for and obtained the Clerk's entry of default.

8.  After the default, defense counsel sought a stipulation to vacate the default conditioned on a lengthy extension of time to respond. Plaintiff countered with a shorter extension. No agreement was reached.

9.  Defendant's decision not to appear and its ongoing delay create a significant risk of loss of evidence, including dialing records, consent records, lead source information, vendor contracts, and other materials relating to its telemarketing practices. Preservation of these records is critical to the fair resolution of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed October 11, 2025, in Hingham, Massachusetts.

>*/s/ Anthony I. Paronich*
>*Anthony I. Paronich*